No. 93-714. U. S. BANCORP MORTGAGE CO. v. BONNER MALL PARTNERSHIP. C. A. 9th Cir. [Certiorari granted, 510 U. S. 1039.] Case removed from the April 1994 argument calendar.

Memorandum of respondent suggesting that the case is moot filed March 15, 1994, is set for briefing and oral argument in accordance with Rules 24, 25, and 28 of the Rules of this Court. The parties are directed to brief and argue the following question: "Should the rule announced in *United States* v. *Munsingwear, Inc.*, 340 U. S. 36 (1950), extend to cases that become moot in this Court because of the voluntary settlement of the parties?"